# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ricco Dujuan Tucker,

PLAINTIFF(S),

v.

John Doe No. 1, et al.,

DEFENDANT(S).

CASE NUMBER: CV20-2840 PSG (PVC)

**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:**
☐ FULL FILING FEE
☑ INITIAL PARTIAL FILING FEE

On April 1, 2020, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ .03 within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

May 8, 2020
Date

United States Magistrate Judge

IFP-1 (03/12)   ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY FULL FILING FEE OR INITIAL PARTIAL FILING FEE