UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-2840 PSG (PVC)                                    Date:  July 16, 2020

Title   Ricco Dujuan Tucker v. John Doe No. 1, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 27, 2020, Plaintiff Ricco Dujuan Tucker, a pre-trial detainee proceeding *pro se*, filed a civil rights complaint in the Southern District of California pursuant to 42 U.S.C. § 1983.  ("Complaint," Dkt. No. 1).  The case was transferred to the Central District on March 27, 2020.  (Dkt. No. 4).

On June 2, 2020, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend due to various pleading defects.  ("ODLA," Dkt. No. 10).  Plaintiff was required to file either an amended complaint or a notice of intention to stand on defective complaint by July 2, 2020 if he still wished to pursue this action.  (*See id.* at 14).  The Court expressly warned Plaintiff that the failure to file either an amended complaint or a notice of intention to stand on defective complaint by the Court's deadline would result in a recommendation that this action be dismissed with prejudice for failure to prosecute.  (*See id.* at 14-15).  The deadline has expired and Plaintiff has failed to file either document; nor has he requested an extension of time in which to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-2840 PSG (PVC)                              Date:  July 16, 2020

Title         Ricco Dujuan Tucker v. John Doe No. 1, et al.

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing either:  (1) a First Amended Complaint, curing the deficiencies of the initial Complaint; (2) a Notice of Intention to Stand on Defective Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

     If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

     The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

     IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |